THE CITY OF NEW YORK, Respondent, *v.* BROOKLYN ALCATRAZ ASPHALT COMPANY et al., Appellants.

(Submitted June 6, 1933; decided July 11, 1933.)

*Edward L. Kelly* and *James F. T. Delaney* for appellants.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Milton I. Hauser* and *Isaac F. Cohen* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.